UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Timothy Cleveland, | Case No. 2:24-cv-00511-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Andrew Flores; et al., | |
| Defendants. | |

Before the Court is Plaintiff Timothy Cleveland's application to proceed *in forma pauperis* (ECF No. 4) and motion to seal (ECF No. 5). In both his application to proceed *in forma pauperis* and his motion to seal, Plaintiff invokes Federal Rule of Civil Procedure 5.2. That rule, in part, provides for partial redactions of social security numbers, taxpayer identification numbers, birthdates, and the names of minor children. Fed. R. Civ. P. 5.2(a).

Plaintiff does not explain how Rule 5.2 excuses him from providing the information required by the application to proceed *in forma pauperis*. Nor does he explain why he is entitled to seal anything filed in his case under that rule. The Court thus denies Plaintiff's *in forma pauperis* application without prejudice as incomplete. The Court gives Plaintiff 30 days to file an updated application. Plaintiff must fully answer all applicable questions and check all applicable boxes. Plaintiff may alternatively pay the filing fee in full. Since the Court denies Plaintiff's application, it does not screen the complaint at this time. The Court also denies Plaintiff's motion to seal.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff has until **May 23, 2024** to file a renewed application to proceed *in forma pauperis* as specified in this order or pay the filing fee. **Failure**

**to timely comply with this order may result in a recommendation to the district judge that this case be dismissed.**

  **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and of the Long Form application to proceed *in forma pauperis* and its instructions.[1]

  **IT IS FURTHER ORDERED** that Plaintiff's motion to seal (ECF No. 5) is **denied.**

DATED: April 24, 2024

---
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This form and its instructions can also be found at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.