UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Timothy Cleveland,<br><br>                    Plaintiff,<br><br>     v.<br><br>Andrew Flores; et al.,<br><br>                    Defendants. | Case No. 2:24-cv-00511-CDS-DJA<br><br>**Order** |

Before the Court is Plaintiff Timothy Cleveland's application to proceed *in forma pauperis*. (ECF No. 7).  The Court has denied Plaintiff's prior two applications to proceed *in forma pauperis* because they were incomplete.  In its previous order, the Court sent Plaintiff the form application to proceed *in forma pauperis* and required that Plaintiff fully answer all applicable questions and check all applicable boxes.  Plaintiff has not done so.  Instead, he has filed his own application, instead of an application on the Court's form as required by Local Special Rule 1-1.[1]  And Plaintiff's application does not provide any information about his financial status.  The Court will thus give Plaintiff one more chance to file a complete application to proceed *in forma pauperis* on this Court's form.  **If Plaintiff does not comply with this order, it will subject him to sanctions, including the recommended dismissal of his action.**

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 7) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff has until **June 17, 2024** to file a renewed application to proceed *in forma pauperis* as specified in this order or pay the filing fee.

---

[1] This refers to the Local Rules for the United States District Court for the District of Nevada, which can be found online on the Court's website at https://www.nvd.uscourts.gov/court-information/rules-and-orders/.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and of the Long Form application to proceed *in forma pauperis* and its instructions.[2] If Plaintiff chooses to file a renewed application to proceed *in forma pauperis*, that application **must** be on this form.

**IT IS FURTHER ORDERED that failure to comply with this order may result in a recommendation to the district judge that this case be dismissed.**

DATED: May 16, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] This form and its instructions can also be found at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.