# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

Timothy Cleveland,

                  Plaintiffs,

    v.

Andrew Flores, et al.,

                  Defendants.

Case No. 2:24-cv-00511-CDS-DJA

**Order**

This matter is before the Court on the Court's review of the docket.  Plaintiff has paid the filing fee.  (ECF No. 10).  However, there is no operative complaint on the docket.  This order is to clarify which document is the operative complaint.

Plaintiff previously submitted a document titled "application to proceed to district court without prepaying fees or costs" that Plaintiff also titled "amended complaint, and motion for court review."  (ECF No. 7).  Plaintiff later asserted that he intended the document to be his amended complaint.  (ECF No. 9 at 1) ("Plaintiff submitted an AMENDED COMPLAINT, which the court appears to construe as some form of application").  However, because it was titled an application, it is docketed as such.  Now that Plaintiff has indicated his intent that the document be his amended complaint, the Court will construe it as such.

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to file the document Plaintiff filed at ECF No. 7 on the docket as an amended complaint.  The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: June 25, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE