# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| Timothy Cleveland, | Case No. 2:24-cv-00511-CDS-DJA |
|---|---|
| Plaintiff, | |
| v. | **Order** |
| Larry Palmer, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion to extend the service deadline. (ECF No. 22). Plaintiff raises various arguments that the Court will not address here and the Court makes no findings one way or the other on them. However, the Court finds that because Plaintiff is proceeding *pro se* and experiencing difficulty serving the Defendants that Plaintiff has shown good cause for an extension under Federal Rule of Civil Procedure 4(m). So, the Court grants the motion *only* to extend the service deadline. It does not grant <u>any other request</u> that Plaintiff has made in his motion.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 22) is **granted** <u>only</u> to extend the service deadline. Plaintiff must serve Defendants on or before **December 30, 2024.** The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: September 25, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE